# SEYFARTH SHAW

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York  10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5510

Writer's e-mail
tellis@seyfarth.com

February 10, 2016

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, NY 10007

> Re:   **Katherine Salisbury v. The Prudential Insurance Company of America,**
>       **Case No. 1:15-cv-09799-AJN (S.D.N.Y.)**

Dear Judge Nathan:

This Firm represents The Prudential Insurance Company of America ("Prudential"), the Defendant, in the above-referenced action.  Consistent with Your Honor's Individual Rules, we submit this letter to respectfully request a twenty-one (21) day extension of time to move, answer or otherwise respond to Plaintiff's Complaint.  Our current deadline to respond is February 16, 2016, and a twenty-one (21) day extension would extend the deadline to March 8, 2016.  We make this request with the consent of Plaintiff's counsel.

Prudential requires additional time to investigate the basis of Plaintiff's claims and respond accordingly.  The Complaint was filed on December 22, 2015.  The Complaint was served via regular mail on February 2, 2016, leaving inadequate time to investigate Plaintiff's claims and respond by the current deadline.  This is our first request for an extension.  This request is made in good faith and not for the purpose of causing undue delay.  Finally, this request does not affect any other scheduled dates.  We thank the Court for its attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Tara Ellis*

Tara Ellis

cc:    Michail Z. Hack

WASHINGTON, D.C. | SYDNEY | SHANGHAI | SAN FRANCISCO | SACRAMENTO | NEW YORK | MELBOURNE | LOS ANGELES | LONDON | HOUSTON | CHICAGO | BOSTON | ATLANTA